IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STEPHEN LUSH,

    Petitioner,

v.

GREGORY VAN RYBROEK,

    Respondent.

ORDER

Case No. 24-cv-243-wmc

Petitioner Stephen Lush seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 6, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of a resident account statement (or institutional equivalent) for the six-month period beginning approximately October 8, 2023 through the date of the petition, April 8, 2024.

ORDER

IT IS ORDERED that:

    1.    Petitioner Stephen Lush may have until May 6, 2024, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before May 6, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 15th day of April, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge